**Darryl HARROD, Plaintiff—Appellant,**

v.

**Dan BAUMGARDNER; Debbie Cessna; R. Eichelburger; H.R. Michael, Officer; Allison Nardi, Nurse, Defendants—Appellees,**

and

**Office of the Attorney General of Virginia, Party–in–Interest.**

No. 09–7379.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 22, 2009.

Darryl Harrod, Appellant Pro Se. Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, PA, Baltimore, Maryland; Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Harrod appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harrod v. Baumgardner,* No. 8:08–cv–03299–DKC, 2009 WL 2151857 (D. Md. filed July 14, 2009, entered July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*